In the Matter of CLINT R. PETERSON, Appellant, v CARL F. BECKER, as Judge of the County Court of Delaware County, Respondent.

Submitted June 21, 2010; decided September 2, 2010

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion for poor person relief dismissed as academic.